AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

Filed at 2:07 PM
1/17, 20 23
BCL
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

| United States | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 7:22-CR-46 (HL) |
| Zacchaeus Hawkins | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_Zacchaeus Hawkins_

Date: 1/17/2023

_Joseph V_____
Attorney's signature

Joseph Vo Knin   # 723166
Printed name and bar number

516 Flint Ave Albany, Ga 31701
Address

joevokninlaw@yahoo.com
E-mail address

229 438-7629
Telephone number

229 431-0185
FAX number